**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  vs.                            **Criminal No. 2:06-CR-159
Judge Sargus
Magistrate Judge King**

**BOOKER T. BRADDY,**

       **Defendant.**

## ORDER

An evidentiary hearing was held on August 3, 2006, regarding defendant's motion to reconsider the order of detention.  Doc. No. 13.

Having considered the exhibits attached to the motion, the evidence adduced at the hearing and the contentions of the parties, the Court concludes that the motion is without merit.  Although defendant's fiancée, who testified at the hearing, appears sincere in her willingness to assist defendant should he be released pending trial, her testimony also makes clear that, in the past, she has been unable to assure that defendant's behavior conforms with the requirements of the law.  As the Court previously noted, *see* Doc. No. 8, the nature of the offenses charged in the indictment, defendant's criminal history and his history of no more than marginal employment warrant his detention as a danger to the community.

Defendant's motion to reconsider, Doc. No. 13, is therefore **DENIED.**

August 4, 2006                                        *s/Norah McCann King*
                                                          Norah McCann King
                                          United States Magistrate Judge